BEFORE THE SECOND DIVISION, OCTOBER 17, 1962

No. 67133.—Kaiser Reismann Corporation *v.* United States, protests 322433-K and 322435-K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "C" consist of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.,* and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim at 3 cents per pound under the provision in paragraph 1507 of the act as bristles, sorted, bunched, or prepared, by similitude under paragraph 1559, as amended, was sustained. The items marked "B," stipulated to consist of perlon fishing lines similar in use to silk fishing lines the same in all material respects as those the subject of *J. M. P. R. Trading Corp., Alltransport, Inc.* v. *United States* (43 C.C.P.A. 1, C.A.D. 600), were held dutiable at 30½ percent under the provision in paragraph 1211, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for manufactures of silk, by similitude, as claimed. *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), followed as to the items marked "B."

No. 67134.—Gemsco, Inc. *v.* United States, protests 315204-K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of insignia similar in all material respects to those involved in Abstract 66583, the claim of the plaintiff was sustained.